892 A.2d 681

IN THE MATTER OF RICHARD H. KRESS, AN ATTORNEY AT LAW (ATTORNEY NO. 001461979).

March 15, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–295, 05–296 and 05–297, concluding that **RICHARD H. KRESS** of **MOUNTAINSIDE,** who was admitted to the bar of this State in 1979, should be suspended from the practice of law for a period of six months for violating *RPC* 1.3 (lack of diligence), *RPC* 1.4(a) and (b) (failure to communicate with client), *RPC* 1.5(b) (failure to put in writing basis or rate of hourly fee), *RPC* 1.16(a)(2) (failure to terminate representation when the lawyer's physical or mental condition materially impairs the lawyer's ability to represent the client) and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **RICHARD H. KRESS** is suspended from the practice of law for a period of six months and until the further Order of the Court, effective April 10, 2006; and it is further

ORDERED that **RICHARD H. KRESS** comply with *Rule* 1:20–20, dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of

*Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.